## DE YAULUS v. NEW YORK CITY RY. CO.

(Supreme Court, Appellate Term.  February 27, 1906.)

DAMAGES—PERSONAL INJURIES—INADEQUATE DAMAGES.

Where plaintiff in an action for injuries appeared to have suffered some pain and interruption of his work, a verdict giving only the amount of his doctor's bill was inadequate.

[Ed. Note.—For cases in point, see vol. 15, Cent. Dig. Damages, § 370.]

Appeal from Municipal Court, Borough of Manhattan, Eighth District.

Action by Alfred N. De Yaulus against the new York City Railway Company.  From a judgment in favor of plaintiff, defendant appeals. Reversed.

Argued before SCOTT, P. J., and GIEGERICH and GREENBAUM, JJ.

Charles S. Rosenthal, for appellant.
William E. Weaver, for respondent.

SCOTT, P. J.  The plaintiff certainly showed a disposition, both in his complaint and in his testimony, to overstate his injuries and his damages.  Notwithstanding this, he undoubtedly suffered some pain and some interruption of his capacity to work.  To give him only the amount of his doctor's bill was to allow nothing for the elements of damage referred to, and was inadequate.  If he was entitled to anything (and the defendant concedes liability for the results of the accident), he was entitled to something more than was awarded him.

Judgment reversed, and new trial granted, with costs to appellant to abide the event.  All concur.